IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**ADAM MASKELL**                                                                                                     **PLAINTIFF**

**v.**                           **CASE NO. 4:24-cv-00037-BSM**

**CHIEF JUSTICE JOHN DAN KEMP,** *et al.*                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23 rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE